# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| ACT Holdings, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 0:17-cv-02408-DCC |
| US Precious Metals, Inc., | ) | |
| *Defendant* | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff ACT Holdings, LLC recover from the defendant, US Precious Metals, Inc., in the amount of Four Hundred, Fifty-Six Thousand, Seven Hundred and Sixteen Dollar, and 37/100 ($456,716.37), plus prejudgment interest in the amount of Eighty-Nine Thousand, Four Hundred and Fifty Dollars and 72/100 ($89,450.72).

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins.

Date:   December 21, 2017                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/Ashley Buckingham
                                                                          *Signature of Clerk or Deputy Clerk*